### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**LAMAURICE H. JENKINS**                                    **PETITIONER**

**vs.**                                    **CIVIL ACTION No.: 3:23-CV-146-HTW-LGI**

**WILLIAM SOLLIE**                                    **RESPONDENT**


### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 14]**. In her Report and Recommendation, filed on January 30, 2024, Magistrate Judge Isaac recommended that Respondent William Sollie's motion to dismiss Jenkins' §2241 petition be dismissed. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 14]**, this court finds it well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Petitioner Lamaurice H. Jenkins's Petition for Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED**.

**SO ORDERED this the 21st day of March, 2024.**


**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

1